## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF:  S.S.W., A
MINOR

PETITION OF:  A.M.

:  No. 579 MAL 2019
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.